1  HEATHER E. WILLIAMS, Bar #122664
Federal Defender
2  ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
3  Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
Telephone: (559) 487-5561
5

6

7

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 1:23-MJ-00027-2-EPG |
| *Plaintiff,* | ) **APPLICATION AND ORDER** <br> ) **APPOINTING COUNSEL** |
| vs. | ) |
| WALTER RENIERY CACERES, | ) |
| *Defendant,* | ) **SEALED** |
| _____ | ) |

Defendant, Walter Reniery Caceres, through the Federal Defender for the Eastern District

of California, hereby requests appointment of CJA counsel. The Federal Defenders has a

conflict.

On March 3, 2023, a Criminal Complaint was issued in the above captioned case. Mr.

Caceres had an initial appearance on the allegations in the Central District of California on June

30, 2023, at which time, the Court appointed counsel and ordered him released. Counsel in the

Eastern District of California is needed in advance of arraignment in order to facilitate his

appearance in this district on the pending charges.

After reviewing his Financial Affidavit, it is respectfully recommended that CJA panel

counsel be promptly appointed.

DATED: July 14, 2023
                                                     */s/ Eric V. Kersten*
                                                     ERIC V. KERSTEN
                                                     Assistant Federal Defender
                                                     Branch Chief, Fresno Office

## O R D E R

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints CJA panel counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:   **July 17, 2023**
                                              /s/ Barbara A. McAuliffe
                                            UNITED STATES MAGISTRATE JUDGE