PHILLIP A. TALBERT
Acting United States Attorney
ANTONIO J. PATACA
KATRINA BROWNSON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                 v.<br><br>WALTER RENIERY CACERES,<br><br>                              Defendants. | CASE NO. 1:23-CR-143<br><br>APPLICATION TO UNSEAL CASE AS TO DEFENDANT CACERES AND MAINTAIN REMAINING DEFENDANT(S) UNDER SEAL |

### APPLICATION TO UNSEAL AND MAINTAIN DOCUMENTS UNDER SEAL

Defendant Caceres was charged by indictment returned by the grand jury on July 20, 2023. Accordingly, the government requests that the Court order the Clerk's Office to unseal the case as to Defendant Caceres, and that documents previously filed under seal as to the remaining defendant(s) remain under seal until further Order of the Court.

Dated: July 20, 2023

PHILLIP A. TALBERT
Acting United States Attorney

By:      /s/ KATRINA BROWNSON
KATRINA BROWNSON
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>                      v.<br><br>WALTER RENIERY CACERES<br><br>                      Defendants. | CASE NO.  1:23-CR-143<br><br>ORDER UNSEALING CASE AS TO DEFENDANT CACERES AND TO MAINTAIN REMAINING DEFENDANT(S) UNDER SEAL |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the case is unsealed as to Defendant Caceres, and that documents filed under seal at ECF Nos. 1 through 14 remain sealed until further Order of the Court.

IT IS SO ORDERED.

Dated: **July 21, 2023**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE