DOUGLAS C. FOSTER, CA #205674
Law Offices of Douglas C. Foster
3185 M. Street; Suite 200
Merced, CA 95348
Telephone: (209) 691-7280
Fax: (209) 691-7290

Attorney for Defendant
WALTER CACERES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WALTER RENIERY CACERES,<br><br>Defendant. | Case No. 1:23-CR-00143-JLT-SKO<br><br>STIPULATION AND ORDER TO MODIFY THE CONDITIONS OF RELEASE |

Because the defendant, Walter Caceres is currently in violation of the terms of his release due his admitted use of illegal drugs, and because Mr. Caceres is willing to enroll in and complete a residential drug treatment program. IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the ORDER dated 7/24/2023 setting forth the conditions of the defendant's release (Docket Entry 16) be modified to include the following language:

"You must participate in a residential substance abuse treatment program as directed by the Supervising Agency. You must comply with all the rules and regulations of the program and must remain at the inpatient facility until released by the Supervising Agency."

IT IS SO SIPULATED:

        PHILLIP A. TALBERT
        United States Attorney

DATED: 8/18/23        /s/ Antonio Pataca
        ANTONIO PATACA
        Assistant United States Attorney
        Attorney for Plaintiff

DATED: 8/18/23        /s/ Douglas Foster
        DOUGLAS C. FOSTER
        Law Offices of Douglas C. Foster
        Attorney for Defendant
        WALTER CACERES

## **ORDER**

IT IS SO ORDERED that the ORDER dated 7/24/2023 setting forth the conditions of the defendant's release (Docket Entry 16) be modified to add the following condition:

"You must participate in a residential substance abuse treatment program as directed by the Supervising Agency. You must comply with all the rules and regulations of the program and must remain at the inpatient facility until released by the Supervising Agency."

IT IS SO ORDERED.

Dated: **August 18, 2023**        /s/ Barbara A. McAuliffe
        UNITED STATES MAGISTRATE JUDGE