1  DOUGLAS C. FOSTER, CA #205674
   Law Offices of Douglas C. Foster
2  3185 M. Street, Suite 200
   Merced, CA 95348
3  Telephone: (209) 691-7280
   Fax: (209) 691-7290
4
   Attorney for Defendant
5  MARVIN CARRENO

6

7                      IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,          Case No. 1:23-cr-00143

11           Plaintiff,
                                       STIPULATION AND ORDER TO CONTINUE
12  vs.                                SENTENCING HEARING

13  WALTER RENIERY CACERES,

14           Defendant.

15

16

17          IT IS HEREBY STIPULATED by and between the parties hereto, through their

18  respective counsel, that the sentencing hearing in the above-captioned matter now set for July 29,

19  2024, may be continued to September 9, 2024, at 9:00 a.m. for sentencing.

20

21  IT IS SO SIPULATED:

22                                              PHILLIP A. TALBERT
23                                              United States Attorney

24

25  DATED: 7/24/2024                            /s/ Antonio Pataca_____
                                                ANTONIO PATACA
26                                              Assistant United States Attorney
                                                Attorney for Plaintiff
27

28

DATED: 7/24/2024

/s/ Douglas Foster
DOUGLAS C. FOSTER
Law Offices of Douglas C. Foster
Attorney for Defendant
WALTER CACERES

## ORDER

IT IS SO ORDERED that the sentencing hearing in the above-captioned case shall be continued to September 9, 2024, at 9:00 a.m. for sentencing. The presentencing schedule shall be rescheduled accordingly.

IT IS SO ORDERED.

Dated:   **July 24, 2024**

UNITED STATES DISTRICT JUDGE

USA v. Caceres – Stipulation and Order to Continue Sentencing